UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIM NO. 3:12CR17(AWT) |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID CARI , et al** | : | |

## GARRITY PROTECTIVE ORDER

The parties in the above captioned matter have consulted and agreed to the following schedule concerning the above referenced matter.

It is hereby ORDERED:

1. The United States will provide directly defense counsel discovery that was excluded from the United States Attorney's Office for the District of Connecticut pursuant to *U.S. v. Garrity,* 385 U.S. 493 (1967) (hereinafter *Garrity* materials);

2. Defense counsel will only provide the *Garrity* material to individuals in their law firms who are assigned to work on this matter and will maintain a written log of anyone who has reviewed *Garrity* material or been told about its contents. Anyone who reviews any *Garrity* material or is told of its contents will be required to read this Order prior to reviewing the material. Defense counsel will not make any of the *Garrity* material public without prior permission of the court nor will defense counsel disclose *Garrity* material to anyone outside their law firms without prior permission of the court;

3. If defense counsel wishes to utilize any of the *Garrity* material in this case, counsel will immediately alert the court *ex parte* and under seal and advise the court whether

  the *Garrity* material they wish to utilize pertains to their client, a co-defendant in this case, or another officer before providing the court with the *Garrity* material.

4. If the court determines that a taint team from the United States Attorney's Office should respond to any inquiry, an attorney from that office, who is not involved in the prosecution of this matter, will be assigned to handle any issues and will ensure that the trial team is not exposed to any *Garrity* material unless the defendant has waived *Garrity* immunity.

5. This protective order shall not preclude counsel from discussing the materials with their respective clients or among each other.

It is so ordered.

Signed this 18th day of January, 2013 at Hartford, Connecticut.

            _____/s/_____
              Alvin W. Thompson
             United States District Judge